UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARIO SMITH BEY,

        Plaintiff,

  v.

NEWREZ LLC,

        Defendant.

Case No. 20-cv-03993-JSW

**ORDER TO SHOW CAUSE RE PENDING MOTION TO DISMISS**

Re: Dkt. Nos. 7, 13

Now before the Court is the motion to dismiss the complaint. The hearing on the motion set for December 4, 2020 is HEREBY VACATED. The Court has not received an opposition to the pending motion to dismiss. The Court HEREBY ISSUES this order to show cause to Plaintiff why this matter should not be dismissed without leave to amend. Plaintiff shall file a response to this order to show cause by no later than December 21, 2020, or this matter shall be dismissed without leave to amend.

**IT IS SO ORDERED.**

Dated: November 30, 2020

_____
JEFFREY S. WHITE
United States District Judge